## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

SOUTHERN ENVIRONMENTAL LAW
CENTER,

*Plaintiff,*

Case No. 3:25-cv-00037-NKM

v.

**AFFIDAVIT OF SERVICE**

UNITED STATES DEPARTMENT OF
JUSTICE,

*Defendant.*

I, Alyson Merlin, being first duly sworn, depose and say:

1. On May 16, 2025, Plaintiffs filed a Complaint for Declaratory and Injunctive

Relief ("Complaint") with the Court.

2. On May 19, 2025, Summons directed to the Defendant were issued.

3. On May 20, 2025, copies of the Complaint and Summons were served on the

Attorney General of the United States, pursuant to Fed. R. Civ. Pro. 4, by enclosing same in post-

paid, properly addressed envelopes and placing them in an official depository under the

exclusive care and custody of the United States Postal Service for mailing by Certified Mail,

return receipt requested, Article No. 7022 3330 0001 6089 7052, addressed to:

> United States Department of Justice
> c/o Pamela Bondi
> Attorney General of the United States
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530

4. The Domestic Return Receipt was not returned. Attached as Exhibit A is a United

States Postal Service Product Tracking and Reporting document which indicates that delivery of

Summons and Complaint was made upon said Defendant on June 2, 2025

5.    On May 20, 2025, copies of the Complaint and Summons were served on the

Acting United States Attorney for the Western District of Virginia, pursuant to Fed. R. Civ. Pro.

4, by enclosing same in post-paid, properly addressed envelopes and placing them in an official

depository under the exclusive care and custody of the United States Postal Service for mailing

by Certified Mail, return receipt requested, Article No. 7022 3330 0001 6089 7045, addressed to:

> United States Department of Justice
> c/o Zachary T. Lee
> Acting U.S. Attorney, Western District of Virginia
> P.O. Box 1709
> Roanoke, VA 24008-1709

6.    Process was, in fact, received by the Acting United States Attorney for the

Western District of Virginia on May 28, 2025, as evidenced by the Domestic Return Receipt,

attached hereto as Exhibit B.

Further the affiant sayeth not.

This the 18ᵗʰ day of June, 2025

Alyson Merlin (NC Bar No. 58223, *pro hac vice*)
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801
Telephone: (828) 258-2023
amerlin@selc.org

*Attorney for Southern Environmental Law Center*

COUNTY OF BUNCOMBE
STATE OF NORTH CAROLINA

Sworn to (or affirmed) and subscribed before me this the 18ᵗʰ day of June, 2025, by Alyson
Merlin

Notary Public
W. Robert Halstead

My commission expires: July 4, 2029

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2025, I electronically filed the foregoing AFFIDAVIT

OF SERVICE with the Court using the CM/ECF System. Parties may access this filing through

the Court's electronic filing system. Notice of this filing will also be sent by U.S. First Class mail

to the addresses listed below.

U.S. Department of Justice
c/o Pamela Bondi
United States Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

U.S. Department of Justice
c/o/ Zachary T. Lee
Acting United States Attorney
U.S. Attorney's Office for the Western District
of Virginia
Post Office Box 1709
Roanoke, VA 24008

/s/ Alyson Merlin
Alyson Merlin (NC Bar No. 58223, *pro hac vice*)
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801
Telephone: (828) 258-2023
amerlin@selc.org

*Attorney for Southern Environmental Law Center*